**IN THE UNITED STATES DISTRICT COURT**

**FOR DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT L. FITZGERALD<br><br>                    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., QUALITY LOAN SERVICE CORP., CTX MORTGAGE, and INDYMAC BANK,<br><br>                    Defendants, | Case No.: 3:10-CV-00001-RCJ-VPC<br><br>**AMENDED ORDER GRANTING MOTION TO RELEASE AND RETURN DEPOSITED FUNDS** |

   COMES NOW, Plaintiff, ROBERT L. FITZGERALD, by and through Counsel, TREVA J. HEARNE, RENO LAW GROUP, formerly HAGER & HEARNE,  and moves this Court to release and return the funds deposited by the Plaintiff.  In support of this Motion, the Plaintiff relies upon the record of this matter and the following Points and Authorities.

## I.   Introduction.

This matter was one of several hundred filed during and after what was referred to as the mortgage crisis of 2008.  This particular matter was filed in the District Court of Washoe County before January 2010.  On January 3, 2010, a Petition for Removal was filed to remove the case to federal court.

On January 19, 2011, this matter was joined with thousands of other matters and removed to the multi district MERS litigation in Arizona by Order entered by this Court.  The MERS litigation was concluded and this matter was returned to this Court where an Order of Summary Judgment was entered on 10/27/11.

On 02/27/2012, Hager and Hearne sent a letter to the Court asking that the deposited funds be released.  This was done on instruction of the then Clerk for the Honorable Robert C. Jones.

In 2013 the law firm of Hager & Hearne was dissolved.  The Honorable Brent Adams, Second Judicial District Court ordered Treva J. Hearne to wind up all matters for the firm.  In 2015 Treva J. Hearne retired from the active practice of law.

Recently, counsel for Mr. Fitzgerald was notified that the deposited funds had not been returned and that a Motion for return of the deposited funds was necessary.  Pursuant to that directive, this Motion is filed.

## II.   **Motion to release deposited funds to Mr. Fitzgerald since the case was dismissed on summary judgment without a negotiated settlement.**

Pursuant to the directive of the Court, the Plaintiff, by and through counsel, states that no further matters in this case are pending and that the funds should be

returned to Mr. Fitzgerald forthwith. Mr. Fitzgerald moves this Court to return all deposited funds as held by this Court in this matter because no negotiated resolution of this matter ever occurred.

### III. Conclusion

WHEREFORE, FOR THE ABOVE-STATED REASONS AND CIRCUMSTANCES, the Plaintiff moves this Court to return all deposited funds in this matter to the Plaintiff.

DATED this 17th day of April, 2023.

                                     */s/ TREVA J. HEARNE*
                                     Treva J. Hearne
                                     RENO LAW GROUP
                                     433 W. Plumb Lane
                                     Reno, Nevada 89509
                                     Tel: (775) 329-5811
                                     Fax: (775) 329-5819
                                     Email: TrevaHearne@gmail.com
                                     *Attorney for Plaintiff*

### ORDER

**IT IS HEREBY ORDERED** that the Motion for Release of Funds (ECF No. 84) is GRANTED and the Clerk shall return all deposited funds with interest in this matter to Plaintiff.

**IT IS SO ORDERED.**

Dated this 13th day of June, 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE